AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bobby Mason Livingston,    )<br>    )<br>    Plaintiff(s),    )<br>    )<br>vs    )<br>    )<br>GoodLeap, LLC, *f/k/a Loanpal, LLC*,    )<br>    )<br>    Defendant(s).    )  | No.  4:22-cv-03627-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed and compels arbitration of Plaintiffs claims pursuant to the arbitration clause in the Loan Agreement.

This action was  *(check one):*
❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendants Motion's to Compel Arbitration and Dismiss.

                                                                    Robin L. Blume
                                                                    CLERK OF COURT

                                                                    By: s/Leah Gibbons, Deputy Clerk

April 5, 2023